# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUINTEZ TALLEY | : | No. 3:16cv2074 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Mehalchick) |
| PA DEPT. OF CORRECTIONS, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 22nd day of February 2019, it is hereby **ORDERED** as follows:

1) Plaintiff's objections to Magistrate Judge Mehalchick's R&R (Docs. 56, 57) are **OVERRULED**;

2) Magistrate Judge Mehalchick's R&R (Doc. 47) is **ADOPTED**;

3) Plaintiff's motion for summary judgment is **DENIED WITHOUT PREJUDICE**;

4) The case management deadlines for discovery and dispositive motions set forth in the magistrate judge's R&R (Doc. 47) are extended by an additional **thirty (30) days.**

5) This matter is **REMANDED** to Magistrate Judge Mehalchick for further proceedings.

**BY THE COURT**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**