# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| QUINTEZ TALLEY, | : | No. 3:16cv2074 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | (Magistrate Judge Mehalchick) |
| | : | |
| PA DEPT. OF CORRECTIONS; JOHN E. WETZEL; TAMMY FERGUSON; BOBBI JO SALAMON; TIMOTHY GRAHAM; B. ANSTEAD; SCOTT ELLENBERGER; DAVE LINK; LT. SHAW; SGT. RYDER; C.O. BALKO; JERROLD LINCOLN; CHIEF, SAFETY & ENVIRONMENTAL PROTECTION DIVISION; TAMMY S. FAGAN; BUREAU OF HEALTH CARE SERVICES; DORINA VARNER; and C.O. SAYLOR, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 12th day of March 2020, it is hereby **ORDERED** that the plaintiff's Motion to Alter or Amend Judgment, (Doc. 86), Motion for Relief from Judgment, (Doc. 87), and Motion to Stay, (Doc. 89), are **DENIED**.

               **BY THE COURT:**

               <u>/s James M. Munley</u>
               **JUDGE JAMES M. MUNLEY**
               **United States District Judge**